JS6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED AUTO CREDIT CORPORATION,

Plaintiff,

v.

JESSICA STEWART et al.,

Defendants.

Case 8:25-cv-00065 RGK (ADSx)

~~[PROPOSED]~~ **JUDGMENT**

Honorable R. Gary Klausner

The Court granted Defendants' motion to dismiss all claims in Plaintiff United Auto Credit Corporation's original complaint (ECF No. 26), Plaintiff filed an amended complaint (ECF No. 38), the parties submitted a proposed final pretrial conference order (ECF No. 187-1), and the Court granted Defendants' respective motions for summary judgment on all claims against them (ECF No. 195). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that:

1.     **FINAL JUDGMENT** is hereby rendered in favor of Defendants on all claims, and the action is hereby dismissed on the merits.

2.     Plaintiff United Auto Credit Corporation shall recover nothing. Upon submitting an application to tax costs in accordance with Local Rule 54-2, Defendants shall recover costs from Plaintiff. Any requests by Defendants for non-taxable costs or fees shall be submitted in accordance with Local Rule 54-7, Local Rule 54-8, and Federal Rule of Civil Procedure 54(d)(2).

///

///

///

3.     Defendants are the prevailing parties on all claims.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**


Date: 2/27/2026

Honorable R. Gary Klausner
United States District Judge