IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AUTO CREDIT CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>JESSICA STEWART et al.,<br><br><br><br>          Defendants. | Case 8:25-cv-00065 DDP (ADSx)<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' RENEWED APPLICATION FOR LEAVE TO FILE UNDER SEAL PAPERS IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS    [211]** |

///
///
///

Having considered Defendants' Renewed Application for Leave to File Under Seal Papers in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs, the Court **GRANTS** the application.

Defendants may file the following documents under seal:

| | Document | Order |
|---|---|---|
| 1 | Defendants' Memorandum of Points and Authorities in Support of Their Motion for Attorneys' Fees and Non-Taxable Costs Portion: p. 13, ll. 5–7, 11–13; p. 15, ll. 23–24 | |
| 2 | Declaration of Mark Lezama in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs Portion: p. 7, ll. 1–3, 13–27, p. 8, ll. 7–10 | |
| 3 | Exhibit 7 to the Declaration of Mark Lezama in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs Portion: 44:2–45:25, 106:1–109:25 | |
| 4 | Exhibit 8 to the Declaration of Mark Lezama in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs Portion: text highlighted in yellow in unredacted proposed sealed version / redacted in black in redacted public version [*Note*: gray redactions in proposed sealed version are intentional] | |

- 1 -

| | Document | Order |
|---|---|---|
| 5 | Exhibit 9 to the Declaration of Mark Lezama in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs Portion: text highlighted in yellow in unredacted proposed sealed version / redacted in black in redacted public version [*Note*: gray redactions in proposed sealed version are intentional] | |
| 6 | Exhibit 10 to the Declaration of Mark Lezama in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs Portion: text highlighted in yellow in unredacted proposed sealed version / redacted in black in redacted public version [*Note*: gray redactions in proposed sealed version are intentional] | |
| 7 | Exhibit 11 to the Declaration of Mark Lezama in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs Portion: text highlighted in yellow in unredacted proposed sealed version / redacted in black in redacted public version [*Note*: gray redactions in proposed sealed version are intentional] | |

| | Document | Order |
|---|---|---|
| 8 | Exhibit 12 to the Declaration of Mark Lezama in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs Portion: text highlighted in yellow in unredacted proposed sealed version / redacted in black in redacted public version [*Note*: gray redactions in proposed sealed version are intentional] | |
| 9 | Exhibit 13 to the Declaration of Mark Lezama in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs Portion: text highlighted in yellow in unredacted proposed sealed version / redacted in black in redacted public version [*Note*: gray redactions in proposed sealed version are intentional] | |
| 10 | Exhibit 14 to the Declaration of Mark Lezama in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs Portion: text highlighted in yellow in unredacted proposed sealed version / redacted in black in redacted public version [*Note*: gray redactions in proposed sealed version are intentional] | |

| Document | Order |
|---|---|
| 11  Exhibit 15 to the Declaration of Mark Lezama in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs Portion: text highlighted in yellow in unredacted proposed sealed version / redacted in black in redacted public version [*Note*: gray redactions in proposed sealed version are intentional] | |
| 12  Exhibit 16 to the Declaration of Mark Lezama in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs Portion: text highlighted in yellow in unredacted proposed sealed version / redacted in black in redacted public version [*Note*: gray redactions in proposed sealed version are intentional] | |

**The Filing Party must file the sealed document pursuant to L.R. 79-5.2.2(c). The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing.  All filings must be in compliance with the Local Rules of Court and have a title/caption page.**

**IT IS SO ORDERED.**

Date: **3/25/2026**

Honorable R. Gary Klausner
**U.S. District Judge**

- 4 -